# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**IN THE MATTER OF:**

Tyrone and Toni Cureton

Case No. 19-52462
Judge Maria L. Oxholm
Chapter 7

_____ Debtor(s) /

## RESCISSION OF REAFFIRMATION AGREEMENT

Debtor(s) rescind all three reaffirmation agreements entered into with Christian Financial Credit Union.

_____
John A. Steinberger (P30812)
John A. Steinberger & Associates, P.C.
Attorney for Debtor(s)
17515 W. 9 Mile Road, Suite 420
Southfield, MI 48075
(248) 559-4055

**DATED: December 23, 2019**